## BYRD et al. v. PIHA.

ATKINSON, J. A tenant instituted an action to enjoin his landlord from declaring forfeiture of the lease and taking possession of the property. On exception to an order granting a temporary injunction the judgment of the trial court was reversed. *Byrd* v. *Piha,* 165 *Ga.* 397 (141 S. E. 48). Subsequently an amendment to the defendant's original answer set up a money demand for double rent. On the trial all questions were eliminated except the defendant's right to double rent. On this question the judge directed a verdict against the allowance of double rent. The defendant excepted. In the circumstances the case, though originally in equity, was converted into a case at law, purely upon a money demand. The Supreme Court has not jurisdiction of the writ of error, and the case will be transferred to the Court of Appeals which has jurisdiction. *Brandt* v. *Buckley,* 151 *Ga.* 582 (107 S. E. 773); *Cochran* v. *Stephens,* 155 *Ga.* 134 (116 S. E. 303); *City of Reynolds* v. *Carter,* 159 *Ga.* 229 (125 S. E. 380).

*Transferred to Court of Appeals. All the Justices concur.*

No. 6913. SEPTEMBER 20, 1929.

*Randolph, Parker & Fortson,* for plaintiffs in error.
*Alston, Alston, Foster & Moise,* contra.